# Collins v. The State.

Appeal from Circuit Court of Macon.

Tried before Hon. N. D. Denson.

C. W. Hare, and Farnham, Crum & Weil, for appellant.

Wm. C. Fitts, Attorney-General, *contra*.

The defendant, Freeman Collins, was tried and convicted of murder in the first degree. From the judgment, he appealed. Affirmed.

Opinion by HARALSON, J.